UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>THOMAS A. BAUER,<br><br>              Defendant. | Case No. 9:22-PO-5001-KLD<br><br>VIOLATION: FBDW00HD<br><br>DISPOSITION CODE: M10<br><br>ORDER ACCEPTING<br>PLEA LETTER |

Plaintiff's counsel, Jen Clark, Assistant U.S. Attorney, submitted a letter to the Court dated December 6, 2021, advising Plaintiff has reached an agreement with Defendant. Plaintiff has agreed to reduce the total amount due on the violation notice from $230.00 to $115.00, and Defendant has agreed to forfeit that amount.

**IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $115.00, which has been paid in full.

DATED this 8th day of March, 2022.

/s/ Kathleen L. DeSoto
KATHLEEN L. DESOTO
United States Magistrate Judge